IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TERRY CRAWFORD                                                                       PLAINTIFF

v.                                          3:10CV00303 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                              DEFENDANT

## ORDER

The Commissioner has filed an unopposed Motion (docket entry #15) to reverse the Commissioner's decision and remand this case for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g):

> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand for further development of the record, including obtaining vocational expert testimony regarding the impact of Plaintiff's non-exertional limitations on the ability to perform jobs remaining in the national economy. The motion states Plaintiff's counsel was contacted and had no objection to the requested remand. Under the circumstances, a sentence four remand is appropriate. *See Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

IT IS THEREFORE ORDERED THAT Defendant's Motion to Reverse and Remand (docket entry #15) is GRANTED. All other pending motions are rendered moot. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 25th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE